UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| In The Matter Of: | ) | |
| | ) | |
| Steven Jearl Curren Webb | ) | Case No. 10-10345-399 |
| | ) | |
| Debtor, | ) | Chapter 7 |
| | ) | |
| U.S. Bank, N.A., it's Successors | ) | **Hearing Date: July 13, 2010** |
| and/or Assigns | ) | **Hearing Time:  1:45 PM** |
| Movant, | ) | Re:  amd mtn 16 |
| | ) | |
| | ) | **ORDER** |

The Motion for Relief from the Automatic Stay, filed by U.S. Bank, N.A., it's Successors and/or Assigns being granted by default.

Upon consideration of the pleadings and the record as a whole, the Court finds and concludes that the Movant has a security interest in the following property:

> THE NORTH HALF (N 1/2) OF LOT NUMBERED NINE (9) AND ALL OF LOT NUMBERED TEN (10) IN BLOCK NUMBERED THREE (3) IN THE ORIGINAL CITY OF MOREHOUSE, NEW MADRID COUNTY, MISSOURI.

The Court further finds and concludes that there is no equity in this property for the benefit of the bankruptcy estate; that Movant has not been afforded adequate protection for its interest and that said property is not necessary for an effective reorganization. It is therefore,

ORDERED, ADJUDGED AND DECREED that the stay provided for by Section 362 of Title 11, United States Code, is terminated to permit the Movant to foreclose its security interest in the herein described property and to pursue its remedies in accordance with the security agreement and state law including obtaining possession of the property after foreclosure.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that relief from the automatic stay is granted to Movant effective immediately and that relief from the automatic stay is not stayed for fourteen (14) days pursuant to Rule 4001.

IT IS FURTHER ORDERED that all further relief prayed for by Movant is hereby DENIED.

DATED: July 8, 2010
St. Louis, Missouri

Barry S. Schermer
Chief United States Bankruptcy Judge

amw

COPIES TO:
Vernon D. Singer
Cynthia M. Woolverton
Attorneys for Movant
612 Spirit Drive
St. Louis, MO 63005

Rice P. Burns, Jr.
Burns Taylor Heckemeyer & Green LLC
Attorney for Debtor
733 N. Main, PO Box 67
Sikeston, MO 63801
ricepb@swbell.net

Steven Jearl Curren Webb
PO box 524
Morehouse, MO 63868

Tom K. O'Loughlin
O'Loughlin, O'Loughlin et al.
Chapter 7 Trustee
1736 N. Kingshighway
Cape Girardeau, MO 63701

Office of the U.S. Trustee
Thomas F. Eagleton U.S. Courthouse
111 South 10th St., Suite 6353
St. Louis, MO 63102